## STATEMENT OF FACTS

### March 8, 2025 Incident

On March 8, 2025, at approximately 11:26 am, the defendant, later identified as Ricardo Rush, and an unidentified male, boarded WMATA Bus 4752 at 332 Ridge Road, SE, Washington, D.C. Cameras aboard the bus captured the defendant board the bus, walk to the back of the bus, and take a seat. A still image from the surveillance footage is included below for reference. *See* Figure 1, below.



**Figure 1: Defendant on WMATA Bus 4752.**

At approximately 11:31 am, Complainants C-1 (initials D.P.) and C-2 (initials B.F.), accompanying two small children C-3 (initials A.F.) and C-4 (initials G.P.), boarded WMATA Bus 4752, at 4809 Texas Avenue, SE, Washington, D.C. The complainants sat in the row in front of the defendant. Within seconds of the complainants taking a seat, the defendant started talking to them. C-1 and C-2 looked at the defendant as he spoke to them. C-1 knew the defendant as he shares a child with the defendant's sister. After an initial conversation, C-1 turned back around and faced the front of the bus. C-2, however, kept her eyes on the defendant.

At approximately 11:32 am, the defendant stood up, displaying a black uzi-style handgun in his left hand. *See* Figures 2 and 3, below.



**Figure 2: Defendant holding a black uzi-style handgun in his left hand.**



Figure 3: Defendant holding a black uzi-style handgun in his left hand.

C-2 stood up stating "hold up, hold up" repeatedly. The defendant stated "Bitch, I'll kill you" and pointed the gun at C-2's face. *See* Figure 4, below.



3

**Figure 4: Defendant pointing the gun at C-2's face.**

An unknown individual, with a young child, saw the handgun and ran out of the bus yelling. The bus pulled over to the curb and the bus driver opened all doors. While the bus was pulled over, the defendant continued arguing with C-2 and threatening her. C-1 and the defendant's associate stood between the defendant and C-2. The defendant pointed the pistol at C-2's face a second time.

At approximately 11:33 am, the defendant exited the bus. Once outside the bus, the defendant pointed the handgun at C-2 again, and subsequently fled on foot on East Capitol Street, SE, Washington, D.C. *See* Figure 5, below (blue arrow pointing toward the firearm for reference).



**Figure 5: Defendant pointing the gun at C-2's face.**

After the defendant got off the bus, the bus continued its route with the complainants still onboard. The bus traveled on East Capitol Street, SE, in the same direction the defendant fled and stopped at a bus stop, one stop later, on East Capitol Street, SE.

At approximately 11:35 am, the defendant re-boarded the bus and threatened to kill C-1 and C-2 again, while holding the handgun. During this interaction, the defendant continued to point the handgun at C-1. *See* Figure 6, below.

// //

// //

// //

4



**Figure 6: Defendant pointing the gun at C-1.**

C-1 was holding the minor child C-4 during the assault. C-1 and C-2 kept telling the defendant that they have their kids, C-3 and C-4, with them. The defendant continued arguing with C-1 and C-2 and at approximately 11:36 am, he cocked his hand back gesturing that he would hit the minor child. *See* Figure 7, below.



**Figure 7: Defendant cocking his hand back as though he would hit minor child, C-3.**

The defendant head-butted C-1 and pressed his forehead against C-1's forehead before he exited the bus. The defendant stated, "I know where your bitch ass go get your kids from and all that." After threatening the complainants again, the defendant exited the bus and fled the scene. The complainants exited the bus, left the scene as well, and called the police.

*Identification of the Defendant*

On March 8, 2025, C-2 told Metro Transit Police Department (MTPD) Officer J. Ubiera, that the name of the person who threatened the complainants was Ricardo Rush. MTPD obtained a booking photograph of the defendant. On March 12, 2025, MTPD Detective Jackson went to the complainants' residence and interviewed C-1 and C-2. During the interview, the booking photograph of the defendant was shown to C-1. *See* Figure 8, below.



**Figure 8: Defendant's booking photo shown to C-1.**

After viewing the image, C-1 positively identified the defendant as the individual from the bus that threatened the complainants and said his name is Ricardo Rush or "JONES." C-1 stated he has known the defendant since C-1 started dating the defendant's sister in 2013. On April 7,

6

2025, the Honorable Superior Court Judge Zoe Bush signed an arrest warrant, authorizing the defendant's arrest. *See* 2025CRWSLD1495.

### *April 10, 2025 Arrest*

On April 10, 2025, at approximately 11:10 am, the defendant, along with an unknown male, was located at his residence. The defendant was taken into custody, pursuant to the D.C. Superior Court arrest warrant. After the defendant was arrested, MTPD executed a D.C. Superior Court search warrant of the arrest location. *See* 2025CSWSLD001494. At approximately, 12:15 pm, Detective Jackson located a black Masterpiece Arms Defender semi-automatic handgun (S/N FX53587) loaded with one round in the chamber, which contained a high-capacity magazine with 18 rounds of ammunition loaded in it. *See* Figures 9-11, below. The pistol appeared to be fully functional, able to expel a projectile by the action of an explosion, capable of being fired by one hand, and had a barrel length of less than 12 inches. The magazine was manufactured to hold 20 rounds of 5.7 caliber ammunition.



**Figure 9: Black Masterpiece Arms Defender semi-automatic handgun (S/N FX53587).**



**Figure 10: High-capacity magazine with 18 rounds of ammunition.**



**Figure 11: 18 rounds of ammunition in the high-capacity magazine.**

The pistol was found on a couch in the living room lying beside, in very close proximity, to a distinctive shiny, black puffer jacket with black sleeves and light-colored pants that were

8

similar in appearance to the clothes the defendant wore on the bus on March 8. *Compare* Figures 12-14, below.



**Figure 12: Defendant's clothes on top of pistol.**



**Figure 13: Where pistol was found.**



**Figure 14: Defendant on bus on March 8.**

In addition, based on the long barrel with holes in it, the uzi-style pistol recovered from the defendant's residence is consistent in appearance with the pistol the defendant threatened the complainants with on March 8. *Compare* Figures 15-17, below.

9



Figure 15: Defendant with uzi-style pistol.



Figure 16: Defendant with uzi-style pistol.



**Figure 17: Recovered uzi-style pistol.**

A criminal history check revealed that the defendant was convicted of Assault with a Dangerous Weapon (firearm) on May 13, 2022, in D.C. Superior Court case 2021 CF3 004168. On that date, the defendant was sentenced to 36 months' incarceration with all but 18 months suspended. As such, RUSH was aware that he had been previously convicted of a crime that was punishable by more than a year. This conviction also made RUSH ineligible to have a concealed pistol carry permit in the District of Columbia. A check on the D.C. Gun Registry Database revealed the defendant was not licensed to possess a firearm in the District of Columbia.

Your affiant is aware that there are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

Furthermore, as a convicted felon, RUSH would not be legally allowed to purchase a firearm from a federal firearms licensee. Therefore, any person who provided him with the firearm likely did so in an unauthorized fashion and without any belief that the defendant would have registered the firearm and complied with the firearms laws in Washington, D.C., therefore having reasonable cause to believe that the use, carrying, or possession of the firearm by the defendant would constitute a felony, in violation of 18 U.S.C. § 933. Similarly, RUSH, as a convicted felon, knew, or had reasonable cause to believe, that it would constitute a felony to possess the firearm, in violation of 18 U.S.C. § 933.

As such, your affiant submits that probable cause exists to charge Ricardo Rush with a violation of: (1) 18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person

Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); (2) 22 D.C. Code § 402 (Assault with a Dangerous Weapon) against B.F.; and (4) 22 D.C. Code § 4504 (b) (Possession Of a Firearm During Crime Of Violence Or Dangerous Offense against B.F.).


Metropolitan Transit Police Department

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of April, 2025.*

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE