UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | MAGISTRATE NO. 25-MJ-00062 |
| : | |
| v. : | **VIOLATIONS:** |
| : | **18 U.S.C. § 922(g)(1)** |
| **RICARDO RUSH,** : | **(Unlawful Possession of a Firearm and** |
| : | **Ammunition by a Person Convicted of a** |
| **Defendants.** : | **Crime Punishable by Imprisonment for a** |
| : | **Term Exceeding One Year)** |
| : | **22 D.C. Code, Section 402 (2001 ed.)** |
| : | **(Assault With a Dangerous Weapon)** |
| : | **22 D.C. Code, Section 4504(b) (2001 ed.)** |
| : | **(Possession of a Firearm During a Crime** |
| : | **of Violence or Dangerous Offense)** |
| : | |
| : | **FORFEITURE:** |
| : | **18 U.S.C. § 924(d), 21 U.S.C. §§ 853(a), (p)** |
| : | **and 28 U.S.C. § 2461(c)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about April 10, 2025, within the District of Columbia, **RICARDO RUSH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case No. 2021-CF3-004168, did unlawfully and knowingly receive and possess a firearm, that is, a Masterpiece Arms Defender 5.7x28mm caliber pistol, bearing serial number FX53587, and did unlawfully and knowingly receive and possess ammunition, that is, 19 rounds of 5.7x28mm ammunition and 13 rounds of 45

Auto ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Sections 922(g)(1))

## COUNT TWO

On or about March 8, 2025, within the District of Columbia, **RICARDO RUSH**, assaulted B.F. with a dangerous weapon, that is, a firearm or imitation firearm.

(**Assault With a Dangerous Weapon**, in violation of Title 22 D.C. Code, Section 402 (2001 ed.))

## COUNT THREE

On or about March 8, 2025, within the District of Columbia, **RICARDO RUSH**, did possess a firearm, that is, a firearm or imitation firearm, while committing the crime of Assault with a Dangerous Weapon as set forth in the Count Two of this Information.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of Title 22 D.C. Code, Section 4504(b) (2001 ed.))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offenses alleged in Counts One, Two, and Three of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a Masterpiece Arms pistol, Defender, 5.7x28mm pistol, bearing serial number FX53587, and 5.7x28mm and 45 Auto ammunition.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ *Jared English*
JARED ENGLISH
Assistant United States Attorney
D.C. Bar No. 1023926
601 D Street, N.W.
Washington, DC 20530
(202) 252-2628
Jared.English@usdoj.gov

3